United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 18-00324-CPM
David Michael Slawson                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8          User: hjeff              Page 1 of 2           Date Rcvd: Jan 18, 2018
                              Form ID: 309A            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
```
db         +David Michael Slawson,    1200 N. Shore Dr. NE # 210,    Saint Petersburg, FL 33701-1446
27341443   +Ccs/bryant State Bank,    Attn: Bankruptcy,   Po Box 215,    Bryant, SD 57221-0215
27341444   +Citibank/Shell Oil,    Citicorp Srvs/ Centralized Bankruptcy,    Po Box 790040,
             St Louis, MO 63179-0040
27341451   +Fortivamc/mabtc/atls,    5 Concourse Pkwy,    Atlanta, GA 30328-5350
27341454   +Masseys,   P. O. Box 2822,    Monroe, WI 53566-8022
27341455   +Mobiloansllc,    P.O. Box 1409,   Marksville, LA 71351-1409
27341456   +Mohela/Dept of Ed,    633 Spirit Dr,   Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: data@1800debtrelief.com Jan 18 2018 23:36:21     Alan D Borden,
             Debt Relief Legal Group, LLC,    901 W. Hillsborough Avenue,    Tampa, FL 33603
tr         +EDI: FTKSTEVENSON.COM Jan 18 2018 23:33:00      Traci K. Stevenson,    P O Box 86690,
             Madeira Beach, FL 33738-6690
ust        +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Jan 18 2018 23:37:51
             United States Trustee - TPA7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
             Tampa, FL 33602-3949
27341439   +E-mail/Text: backoffice@affirm.com Jan 18 2018 23:38:13     Affirm Inc,    633 Folsom St Fl 7,
             San Francisco, CA 94107-3618
27341440    EDI: CBS7AVE Jan 18 2018 23:34:00      Ashro,    1112 7th Ave,    Monroe, WI 53566-1364
27341441   +EDI: TSYS2.COM Jan 18 2018 23:33:00      Barclays Bank Delaware,    100 S West St,
             Wilmington, DE 19801-5015
27341442   +EDI: CAPITALONE.COM Jan 18 2018 23:34:00      Capital One,
             Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
27341445   +EDI: WFNNB.COM Jan 18 2018 23:34:00      Comenity Bank/Bealls Florida,    Po Box 182125,
             Columbus, OH 43218-2125
27341446   +EDI: RCSFNBMARIN.COM Jan 18 2018 23:33:00      Credit One Bank Na,    Po Box 98873,
             Las Vegas, NV 89193-8873
27341447   +EDI: DISCOVER.COM Jan 18 2018 23:33:00      Discover Financial,    Po Box 3025,
             New Albany, OH 43054-3025
27341449   +EDI: BLUESTEM Jan 18 2018 23:34:00      Fingerhut,    Bankruptcy Dept,   6250 Ridgewood Rd,
             Saint Cloud, MN 56303-0820
27341450   +EDI: AMINFOFP.COM Jan 18 2018 23:33:00      First Premier Bank,    Po Box 5524,
             Sioux Falls, SD 57117-5524
27341452   +EDI: PHINGENESIS Jan 18 2018 23:33:00      Genesis Bankcard Srvs,
             15220 Nw Greenbrier Pkwy Ste 200,    Beaverton, OR 97006-5762
27341453    EDI: IRS.COM Jan 18 2018 23:34:00      Internal Revenue Service,    Special Procedures,
             P.O. Box 21126,   Philadelphia, PA 19114
27341457    EDI: CBS7AVE Jan 18 2018 23:34:00      Monroe & Main,    1112 7th Ave,    Monroe, WI 53566-1364
27341458   +EDI: AGFINANCE.COM Jan 18 2018 23:33:00      OneMain Financial,    Attn: Bankruptcy Department,
             601 Nw 2nd St #300,    Evansville, IN 47708-1013
27341459   +E-mail/Text: bankruptcy@prosper.com Jan 18 2018 23:37:51     Prosper Marketplace Inc,
             Po Box 396081,   San Francisco, CA 94139-6081
27341460   +EDI: RMSC.COM Jan 18 2018 23:34:00      Syncb/PLCC,    Attn: Bankruptcy,   Po Box 965060,
             Orlando, FL 32896-5060
27341461   +EDI: RMSC.COM Jan 18 2018 23:34:00      Synchrony Bank/Chevron,    Attn: Bankruptcy,
             Po Box 965060,   Orlando, FL 32896-5060
                                                                                                TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27341448    ##+Elastic,   9683 Kenwood Dr.,   Cincinnati, OH 45242-6128
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 113A-8           User: hjeff              Page 2 of 2              Date Rcvd: Jan 18, 2018
                               Form ID: 309A            Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:

```
          Alan D Borden     on behalf of Debtor David Michael Slawson data@1800debtrelief.com,
           notices@uprightlaw.com;r48456@notify.bestcase.com
          Traci K. Stevenson    tracikstevenson@gmail.com,
           tks@trustesolutions.net;alishamariehall@gmail.com;tafllc@verizon.net
          United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                           TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David Michael Slawson**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–0154**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter   **7**   **1/17/18** |
| Case number:   **8:18–bk–00324–CPM** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Michael Slawson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1200 N. Shore Dr. NE # 210<br>Saint Petersburg, FL 33701 | |
| 4. | **Debtor's attorney**<br>Name and address | Alan D Borden<br>Debt Relief Legal Group, LLC<br>901 W. Hillsborough Avenue<br>Tampa, FL 33603 | Contact phone 813–231–2088<br>Email: data@1800debtrelief.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Traci K. Stevenson<br>P O Box 86690<br>Madeira Beach, FL 33738 | Contact phone 727–397–4838 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                           page 1

Debtor **David Michael Slawson**  Case number **8:18–bk–00324–CPM**

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: January 18, 2018 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **February 21, 2018 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**Room 100–C, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** April 23, 2018 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**