**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**

**DAVID MICHAEL SLAWSON,**　　　　　　　　　**USBC NO.: 8:18-bk-00324-CPM**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 7**
　　　　　　　　　　　**Debtor.   /**

**MOTION TO RE-OPEN CHAPTER 7 CASE**

Debtor, by and through the undersigned attorney, files this **Motion to Re-Open Chapter 7 Case** and states the following:

1.　　On **January 17, 2018**, this case was instituted by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2.　　On **April 24, 2018,** an Order Approving Chapter 7 Account, Discharging Trustee, Canceling Bond and Closing Estate was entered in this case (Doc. No. 14).

3.　　Pursuant to 11 U.S.C. § 350, Debtor is seeking this Court to utilize its equitable powers in order to accord relief to the Debtor and enter an appropriate order allowing the Debtor to re-open this case in order to file an Adversary Proceeding with the Court.

**WHEREFORE,** Debtor respectfully requests that this Court enter an order granting this Motion, re-opening this Chapter 7 case for the purpose of allowing the Debtor to file an Adversary Proceeding and granting such other and further relief as is proper and just.

Respectfully submitted this **4th** day of **September, 2018**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Alan Borden Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Alan Borden, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debt Relief Legal Group, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　901 W. Hillsborough Ave.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33603
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ph. 813-231-2088
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fx: 813-354-2627
　　　　　　　　　　　　　　　　　　　　　　　　　　　　aborden@1800debtrelief.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Motion** has been furnished either by Regular U.S. Mail or Electronic Notice this **4th** day of **September, 2018,** to **U.S. Trustee**, 501 E. Polk Street, Ste 1200, Tampa, FL 33602; **Traci K. Stevenson, Chapter 7 Trustee,** P.O. Box 86690, Madeira Beach, FL 33738; and **David Michael Slawson,** 1200 N. Shore Drive N.E., #210, St. Petersburg, FL 33701.

/s/ Alan Borden Esq.
Alan Borden, Esq.
Debt Relief Legal Group, LLC
901 W. Hillsborough Ave.
Tampa, FL 33603
Ph. 813-231-2088
Fx: 813-354-2627
aborden@1800debtrelief.com